AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Lee, John Z. | 2. Court or Organization  U.S. District Court, N.D.Ill. | 3. Date of Report  05/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge (active) | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 122
Chicago, Illinois 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Freeborn & Peters LLP -- Compensation for legal services rendered before becoming a judge. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Physician Anesthesia Associates |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 02/04/2013-02/08/2013 | Washington, D.C. | Judicial training | Transportation, meals, lodging |
| 2. | ICAS Summer Symposium | 08/09/2013-08/10/2013 | Philadelphia, PA | Speaker at conference | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Capital One | Mortgage on Rental Property #1, Barrington, IL | O |
| 3. | Greentree Financial Services | Mortgage on Rental Property #1, Barrington, IL | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Property #1, Barrington, IL (2007 $745,000) | E | Rent | O | R | | | | | |
| 2. | Freeborn & Peters 401 Retirement Plan | G | Dividend | | | Sold | 08/28/13 | O | | |
| 3. | - DWS Equity 550 Index | | | | | | | | | |
| 4. | - Jensen Fund | | | | | | | | | |
| 5. | - Oppenheimer Global N | | | | | | | | | |
| 6. | - Putnam Intern'l Capital A | | | | | | | | | |
| 7. | - T Rowe Price New Horizon | | | | | | | | | |
| 8. | LPL Financial IRA | D | Dividend | O | T | | | | | |
| 9. | - Am. Beacon High Yield | | | | | Buy | 09/05/13 | K | | |
| 10. | | | | | | Buy (add'l) | 12/23/13 | J | | |
| 11. | | | | | | Buy (add'l) | 12/26/13 | J | | |
| 12. | - Am. Beacon Lg Cap Value | | | | | Buy | 09/15/13 | L | | |
| 13. | | | | | | Buy (add'l) | 11/25/13 | J | | |
| 14. | | | | | | Buy (add'l) | 12/23/13 | J | | |
| 15. | - Am. Century Real Estate | | | | | Buy | 09/05/13 | J | | |
| 16. | | | | | | Buy (add'l) | 10/09/13 | J | | |
| 17. | | | | | | Buy (add'l) | 10/25/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/26/13 | J | | |
| 19.   - Artisan Mid Cap | | | | | Buy | 09/05/13 | K | | |
| 20. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 21. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 22. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 23.   - Artisan Small Cap Value | | | | | Buy | 09/05/13 | K | | |
| 24. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 25. | | | | | Buy (add'l) | 11/22/13 | J | | |
| 26.   - DWS Floating Rate | | | | | Buy | 09/05/13 | K | | |
| 27. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 28.   - DWS Select Alt. Allocation | | | | | Buy | 09/05/13 | J | | |
| 29. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 30. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 31. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 32.   - Janus Venture | | | | | Buy | 09/05/13 | J | | |
| 33. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 34. | | | | | Buy (add'l) | 11/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Natixis ASG Global Alt. | | | | | Buy | 09/05/13 | K | | |
| 36. | | | | | Buy (add'l) | 10/25/13 | J | | |
| 37. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 38.   - Oakmark International | | | | | Buy | 09/05/13 | K | | |
| 39. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 40. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 41.   - Oakmark Select | | | | | Buy | 09/05/13 | K | | |
| 42. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 43. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 44.   - Oppenheimer Dev. Mkts | | | | | Buy | 09/05/13 | K | | |
| 45. | | | | | Buy (add'l) | 12/09/13 | J | | |
| 46.   - Perkins Mid Cap Value | | | | | Buy | 09/05/13 | K | | |
| 47. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 48. | | | | | Buy (add'l) | 11/25/13 | J | | |
| 49. | | | | | Buy (add'l) | 12/20/13 | J | | |
| 50.   - RS Small Cap Growth | | | | | Buy | 09/05/13 | K | | |
| 51. | | | | | Buy (add'l) | 12/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - TCW Select Equities | | | | | Buy | 09/05/13 | K | | |
| 53. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 54. - TCW Total Return | | | | | Buy | 10/25/13 | K | | |
| 55. - Touchstone Sands Select | | | | | Buy | 09/05/13 | L | | |
| 56. | | | | | Buy (add'l) | 10/09/13 | J | | |
| 57. | | | | | Buy (add'l) | 12/31/13 | J | | |
| 58. - JP Morgan Prime Money Mkt Fund | | | | | Buy | 09/05/13 | J | | |
| 59. Bright Directions College Savings 9-12 A Portfolio | | None | L | T | | | | | |
| 60. American Fund Capital Income Builder Fund A | A | Dividend | J | T | | | | | |
| 61. Schwab One Interest Account | A | Interest | J | T | | | | | |
| 62. JP Morgan Chase Bank Accounts | A | Interest | M | T | | | | | |
| 63. Blackrock College Advantage Plan | | None | | | Sold | 11/18/13 | M | | |
| 64. Bright Directions College Savings 13-16 Portfolio | | None | L | T | Buy | 11/18/13 | M | | |
| 65. 6720 Jeffery, LLC | D | Distribution | L | T | | | | | |
| 66. Trust # 1 | E | Dividend | O | T | | | | | |
| 67. - DFA Intern'l Core Equity Ptfl | | | | | | | | | |
| 68. - DFA US Core Equity 2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - DFA Emerg Mkts Core Equity | | | | | | | | | |
| 70.  - DFA Intern'l Sm Cap Value | | | | | | | | | |
| 71.  - DFA US Small Cap Value Port | | | | | | | | | |
| 72.  - DFA US Large Cap Value Port | | | | | | | | | |
| 73.  - DFA Real Estate Ptf | | | | | | | | | |
| 74.  - DFA Global Real Estate Sec Ptf | | | | | | | | | |
| 75.  - DFA Intern'l Value Ptf | | | | | | | | | |
| 76.  - Vanguard Intern'l Equity Index | | | | | | | | | |
| 77.  - Vanguard REIT ETF Index | | | | | | | | | |
| 78.  - FDIC Insured Deposit Account | | | | | | | | | |
| 79.  Apple (AAPL) | A | Dividend | K | T | | | | | |
| 80.  Revolution Lighting (RVLT) | | None | J | T | | | | | |
| 81. | | | | | Buy (add'l) | 04/25/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John Z. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544